1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH BROOKS,

11            Plaintiffs,                    No. CIV S-04-0480 MCE GGH PS

12        vs.

13   CITY OF VALLEJO, et al.,

14            Defendants.                    ORDER

15   _____/

16            On September 12, 2005, the parties filed a joint stipulation that this action be

17   dismissed with prejudice.  Accordingly, IT IS HEREBY ORDERED that by virtue of the

18   stipulated dismissal, that this action is dismissed with prejudice pursuant to Fed. R. Civ. P.

19   41(a)(1).

20   DATED: 10/26/05

21                                           /s/ Gregory G. Hollows

22                                           _____
                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE
23   GGH:mb
     Brooks0480.dism

24

25

26

1